IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00953 |
| TSCA-224 LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendant, TSCA-224 LIMITED PARTNERSHIP ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 10th day of May, 2021.

                                            Law Offices of
                                            THE SCHAPIRO LAW GROUP, P.L.

                                            /s/  Douglas S. Schapiro
                                            Douglas S. Schapiro, Esq.
                                            State Bar No. 54538FL
                                            The Schapiro Law Group, P.L.
                                            7301-A W. Palmetto Park Rd., #100A
                                            Boca Raton, FL 33433
                                            Tel: (561) 807-7388
                                            Email: schapiro@schapirolawgroup.com

                                            Attorney for Plaintiff

/s/ Roberto L. Rodriguez
Roberto L. Rodriguez, Esq.
State Bar No. 24088918
HIGIER ALLEN & LAUTIN
THE TOWER AT CITYPLACE
2711 N. HASKELL AVENUE, SUITE 2400
DALLAS, TX 75204
Phone: (972) 716-1888
rrodriguez@higierallen.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL